[No. 22088-5-III.  Division Three.  December 22, 2004.]

*In the Matter of the Personal Restraint of* JOSE PINEDA
ECHEVERRIA, *Petitioner.*

Petition for relief from personal restraint. *Granted* by
unpublished per curiam opinion.

[No. 22449-0-III.  Division Three.  December 22, 2004.]

*In the Matter of the Personal Restraint of* ALLEN DONALD
FALLIS, *Petitioner.*

Petition for relief from personal restraint. *Granted* by
unpublished per curiam opinion.

[No. 22495-3-III.  Division Three.  December 22, 2004.]

*In the Matter of the Personal Restraint of* ROBERT MOORE,
*Petitioner.*

Petition for relief from personal restraint. *Granted* by
unpublished per curiam opinion.

[No. 22645-0-III.  Division Three.  December 22, 2004.]

*In the Matter of the Personal Restraint of* JOSEPH D.
BROOKS, *Petitioner.*

Petition for relief from personal restraint. *Granted* by
unpublished per curiam opinion.

[No. 23203-4-III.  Division Three.  December 22, 2004.]

*In the Matter of the Personal Restraint of* KYLE JOSEPH
CORPUZ, *Petitioner.*

Petition for relief from personal restraint. *Granted* by
unpublished per curiam opinion.